UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE: REQUEST FOR JUDICIAL
ASSISTANCE FROM THE CIVIL TRIAL
COURT NO. 77 IN BUENOS AIRES,
ARGENTINA IN THE MATTER OF
ALEJANDRA ESTER CARICATO V.
JORGE OSCAR LAPENTA

CASE NO.

_____/

## APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782(a)

The United States of America, by and through counsel, petitions this Court for an Order pursuant to 28 U.S.C. § 1782(a), appointing Katerina Ossenova, Senior Trial Counsel at the U.S. Department of Justice, Civil Division, Office of Foreign Litigation, Commissioner for the purpose of obtaining bank records from Itaú Private Bank International. Certain information has been requested by the Civil Trial Court No. 77 in Buenos Aires, Argentina ("Argentine Court"), pursuant to a Letter of Request issued by the Argentine Court in connection with a civil judicial proceeding captioned *Alejandra Ester Caricato v. Jorge Oscar Lapenta*, Foreign Reference Number 1855/21.

The grounds for this Application are more fully articulated in the Memorandum of Law that has been simultaneously filed with the Application. A proposed Order is also provided for the convenience of the Court.

Dated: January 25, 2022                                        Respectfully submitted,

JUAN ANTONIO GONZALEZ
United States Attorney

BRIAN BOYNTON
Acting Assistant Attorney General
Civil Division, United States Department of Justice

JEANNE E. DAVIDSON
Director, Office of International Judicial Assistance
Civil Division, United States Department of Justice

By:    /s/ Katerina Ossenova
KATERINA OSSENOVA
Senior Trial Counsel
United States Department of Justice, Civil Division
Office of Foreign Litigation
Office of International Judicial Assistance
1100 L Street, NW
Room 8102
Washington, DC 20530
Telephone: 202-353-0194
Email: Katerina.V.Ossenova@usdoj.gov