EXHIBIT 1



República Argentina - Poder Ejecutivo Nacional
2021 - Año de Homenaje al Premio Nobel de Medicina Dr. César Milstein

**Nota**

**Número:** NO-2021-125672043-APN-DAJI#MRE

CIUDAD DE BUENOS AIRES
Lunes 27 de Diciembre de 2021

**Referencia:** Carpe: 1855/21 EX-2021-122153729- -APN-DGD#MRE "CARICATO, ALEJANDRA ESTER C/LAPENTA, JORGE OSCAR S/LIQUIDACION DE REGIMEN DE COMUNIDAD DE BIENES", EXPTE. N° 13593/20

A: AUTORIDAD CENTRAL DE EEUU (OIJA@usdoj.gov),

**Con Copia A:**

**De mi mayor consideración:**

Tengo el agrado de dirigirme a Ud., en relación con los autos caratulados **"CARICATO, ALEJANDRA ESTER C/LAPENTA, JORGE OSCAR S/LIQUIDACION DE REGIMEN DE COMUNIDAD DE BIENES", EXPTE. N° 13593/20**, en trámite ante el Juzgado Nacional de Primera Instancia en lo Civil N° 77 sito en Ciudad Autónoma de Buenos Aires, República Argentina, con el objeto de remitirle adjunto los exhortos librados en los presentes autos a los fines de ser diligenciados por las autoridades competentes de ese país.

Las rogatorias tienen por objeto recabar prueba informativa del **REGISTRO SOCIETARIO de la jurisdicción del Estado de la Florida** a los fines de que suministre información respecto de LAS OLAS 2609, LLC y TURNBERRY ON THE GREEN 1009. LLC; **REGISTRO SOCIETARIO de la jurisdicción del Estado de la Florida,** a los fines de que suministre información respecto de los inmuebles a) 2121, McCoy Unidad 235, Belle Isle, Florida, EEUU, 19501, West Country Club DR, 1009, Aventura, Florida, EEUU; y b) 2323 McCoy Unidad 803, Belle Isle, Florida, EEUU; recabar prueba informativo de la **casa central del BANCO BB&T**, sito en 200 West Second Street, Winston Salem, North Carolina, EEUU; recabar prueba informativa del **BANCO ITAU PRIVATE**, Bank International, sito en 200 South Biscayne Boulevard, Piso 22, sucursal Miami, Florida, EEUU; recabar prueba informativa del **BANCO CITIBANK N.A.** con domicilio en ese país.

Las rogatorias se libran en los términos de la Convención de la Haya de 1970 sobre la obtención de Prueba en materia Civil

DEC 28 2021
CIV-189-44-22-19

o Comercial.

yau

Sin otro particular saluda atte.

Digitally signed by Gestion Documental Electronica
Date: 2021.12.27 16:22:58 -03:00

Aldana Rohr
Directora
Dirección de Asistencia Jurídica Internacional
Ministerio de Relaciones Exteriores, Comercio Internacional y Culto

Digitally signed by Gestion Documental Electronica
Date: 2021.12.27 16:22:59 -03:00

CERTIFIED TRANSLATION - TRADUCCIÓN PÚBLICA

[Coat of Arms of Argentina]
Argentine Judicial Branch – CIVIL COURT No.77
[Oval Seal on the top right corner of each front page, reading:] Civil Trial Court No.77 in and for the City of Buenos Aires
[Sticker on the left margin:] CECBA (Association of Notaries Public of the City of Buenos Aires) – Law 404 – GCBA (Government of the City of Buenos Aires) – APOSTILLE – 210929 054026
[Barcode] 29 September 2021 – 13:10:36

**Docket No. 13593/2020**
IN THE MATTER OF:
CARICATO, ALEJANDRA ESTER v. LAPENTA, JORGE OSCAR on SEVERANCE OF JOINTLY OWNED PROPERTY HELD UNDER THE COMMUNITY PROPERTY REGIME *(CARICATO, ALEJANDRA ESTER c/ LAPENTA, JORGE OSCAR s/ LIQUIDACIÓN DE RÉGIMEN DE COMUNIDAD DE BIENES)*

## OFFICIAL LETTER

Buenos Aires, August 13, 2021

To the Minister of Foreign Affairs, International Trade and Worship
Chancellor Felipe Carlos Solá

I am pleased to write to you concerning the matter captioned "**CARICATO, Alejandra Ester v. LAPENTA, Jorge Oscar on severance of jointly owned property under the community property regime (Docket No. 13593/2020)**", pending before Civil Trial Court No. 77, presided by Judge Vilma Nora Días, Sole Court Clerk's Office temporarily headed by me, located at Lavalle 1212, 4to. Piso, City of Buenos Aires, Argentine Republic, in order to request you to issue through any such channels as may be required the attached Letters Rogatory to the appropriate judicial authority with jurisdiction in the State of Florida, United States of America, requesting international judicial assistance to produce the evidence whereby **Itaú Private Bank International, with registered office at 200 South Biscayne Boulevard, 22nd Floor, Miami, Florida, United States, is required to submit details of the transfers made from account** ▇▇▇▇▇▇**0-840 between April 2010 to the date of its closure, for the acquisition of the properties of Las Olas 2609, LLC and Turnberry on the Green 1009, LLC, and to inform the date of closure of the account and who the account holders were.** Your Honor has admitted to have jurisdiction to hear the above captioned matter. Full powers to transmit this letters rogatory are given to Sofía Patricia Harari, and/or Leticia Andrea Kabusacki, and/or Tamara Rozenzon and/or Natalia Kerszberg and/or any such other persons as may be appointed by them.
Sincerely,
[Signature] MARIA AGUSTINA RIZZO. Temporary Court Clerk

1

[Coat of Arms of Argentina]
Argentine Judicial Branch – CIVIL COURT No.77

Docket No. 13593/2020
IN THE MATTER OF:
CARICATO, ALEJANDRA ESTER v. LAPENTA, JORGE OSCAR on SEVERANCE OF JOINTLY OWNED PROPERTY HELD UNDER THE COMMUNITY PROPERTY REGIME *(CARICATO, ALEJANDRA ESTER c/ LAPENTA, JORGE OSCAR s/ LIQUIDACIÓN DE RÉGIMEN DE COMUNIDAD DE BIENES)*

## LETTERS ROGATORY
## TRANSMITTED THROUGH DIPLOMATIC CHANNELS

**Judge Vilma Nora DIAS**, in charge of Civil Trial Court No. 77 in and for the City of Buenos Aires *(Juzgado Nacional de Primera Instancia en lo Civil Nro. 77)*, located at Lavalle 1212, 4to Piso, City of Buenos Aires, Argentine Republic, having geographical, subject-matter, and personal jurisdiction over the above captioned matter, **PRESENTS ITS COMPLIMENTS** to the appropriate judicial authority with jurisdiction in the State of Florida, United States of America, and **REQUESTS INTERNATIONAL JUDICIAL ASSISTANCE** to obtain evidence to be used in a proceeding pending before this Civil Trial Court No. 77, Sole Court Clerk's Office temporarily headed by María Agustina Rizzo. Esq., in the matter captioned **"CARICATO, Alejandra Ester v. LAPENTA, Jorge Oscar on severance of jointly owned property under the community property regime (Docket No. 13593/2020)."**

This Court requests the assistance described herein as necessary in the interests of Justice. The assistance requested is that the appropriate judicial authority of the State of Florida, United States of America, compel the relevant authority to produce the evidence whereby Itaú Private Bank International, with registered office at 200 South Biscayne Boulevard, 22nd Floor, Miami, Florida, United States, is required to submit details of the transfers made from account [redacted] 0-840 between April 2010 to the date of its closure, for the acquisition of the properties of Las Olas 2609, LLC and Turnberry on the Green 1009, LLC, and to inform the date of closure of the account and who the account holders were.

THE COURT ORDER REQUESTING ISSUANCE OF THIS LETTERS ROGATORY, IN ITS RELEVANT PART, READS AS FOLLOWS: "City of Buenos Aires, June 7, 2021 (…) It is hereby ordered that (…) 4) the requested letters rogatory to be transmitted through diplomatic channels be issued … Signed by Vilma Nora Dias, Judge." Full powers to transmit this letters rogatory and/or execute any such other documents as may be required are given to Sofía Patricia Harari, attorney-at-law, registered with the Bar Association of the City of Buenos Aires on Page 618, in Volume 39, and/or Leticia Andrea Kabusacki, attorney-at-law, registered with the Bar Association of the City of Buenos Aires on Page 521, in Volume 67, and/or Tamara Rozenzon and/or Natalia Kerszberg, attorney-at-law,

2

registered with the Bar Association of the City of Buenos Aires on Page 627, in Volume 114) and/or any such other persons as may be appointed by them. ————————————————

Article 9 of the Convention of March 18, 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, as approved by Law No. 23,840, provides the following: "The judicial authority which executes a Letter of Request shall apply its own law as to the methods and procedures to be followed. However, it will follow a request of the requesting authority that a special method or procedure be followed, unless this is incompatible with the internal law of the State of execution or is impossible of performance by reason of its internal practice and procedure or by reason of practical difficulties. A Letter of Request shall be executed expeditiously." In compliance with the provisions set forth in Article 3 (b) and (c) of said Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, it is hereby stated that the Parties in the above captioned matter are the following: Plaintiff: Alejandra Ester CARICATO, represented in court by Sofia Patricia Harari, Esq. and Leticia Andrea Kabusacki, Esq., with address for service of process at Avenida Santa Fe 1731, 2do 7, City of Buenos Aires, Argentine Republic; and Defendant: Jorge Oscar LAPENTA, represented in court by Ana Mirta Rosenfeld, Esq., with address for service of process at Reconquista 458, Piso 5, City of Buenos Aires, Argentine Republic. This Letters Rogatory is issued in a proceeding related to Severance of Jointly Owned Property Under the Community Property Regime. This court requests the receiving judicial authority to comply with this Letters Rogatory, and expresses its willingness to provide similar assistance to judicial authorities of the receiving state in the future. Given, signed, and sealed at the Judge's Office, in the City of Buenos Aires, Capital City of the Argentine Republic, on August 13, 2021.————————————————

Sincerely, ————

[Signature] VILMA NORA DIAS. Acting Judge ————————————————

[Signature] MARIA AGUSTINA RIZZO. Temporary Court Clerk ————————————————

---

[Seal:] Civil Appellate Court in and for the City of Buenos Aires. Certifications Office. ————

In the City of Buenos Aires, on September 24, 2021, the Civil Appellate Court in and for the City of Buenos Aires hereby certifies that the signature and seal stamped hereinabove match the specimen signature and seal kept in our records. ————————————————

[Signature] MARIANA IRIGARAY. Administrative Deputy Court Clerk. Certifications Office. Civil Appellate Court. ————————————————

---

*[Coat of Arms]*
**Republic of Argentina – National Executive Branch**
2021 – Year of Tribute to the Nobel Prize in Medicine Dr. César Milstein
**Apostille of the Hague Convention**

Number: CE-2021-94435256-APN-DTD#JGM ————————————————
———————————————————————————CITY OF BUENOS AIRES
———————————————————————————Monday, October 4th, 2021

3

Reference: Apostille. Verify at www.argentina.gob.ar/legalization-international

| APOSTILLE | |
|---|---|
| (Convention de la Haye du 5 de octobre 1961) | |
| 1. Country: ARGENTINA | |
| This public document | |
| 2. Has been signed by: MARIANA IRIGARAY | |
| 3. Acting in the capacity of: AUTHORIZING OFFICIAL | |
| 4. Bears the seal/stamp of: NATIONAL COURT OF APPEALS IN CIVIL MATTERS | |
| Certified | |
| 5. At: AUTONOMOUS CITY OF BUENOS AIRES | 6. The 4 October 2021 |
| 7. By: Association of Notaries Public of the City of Buenos Aires | |
| 8. No. 210929054026 | 9. Seal / Stamp: 300 |
| 10. Signature: BLANCO, RICARDO CARLOS ALBERTO | |

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears. This Apostille does not certify the content of the document for which it was issued. This Apostille is not valid for use anywhere within República Argentina.

Type of document: COURT CERTIFICATION
Holder: CARICATO ALEJANDRA ESTER – LAPENTA JORGE OSCAR
Observations: [blank]

Digitally signed by Gestion Documental Electronica
Date: 2021.10.04 12:12:19 -3:00

CUELLO PATRICIA ALEJANDRA CUELLO PATRICIA ALEJANDRA
On behalf of
The Association of Notaries Public – 30526499456

Digitally signed by BLANCO Ricardo Carlos Alberto
Date: 2021.10.04 16:51:27 ART
Location: Autonomous City of Buenos Aires
RICARDO CARLOS A BLANCO
20085507762

THIS IS A TRUE TRANSLATION from Spanish into English of the attached document, which I duly seal and sign in the city of Buenos Aires on November 4th, 2021. This translation consists of four (4) pages.
Merely for certification purposes, hereinunder same text in Spanish, to wit:
ES TRADUCCIÓN FIEL al idioma inglés del documento adjunto en idioma español que tuve a la vista, la que sello y firmo en la ciudad de Buenos Aires el día 4 de noviembre de 2021. Esta traducción consta de cuatro (4) páginas.

SANDRA FLORA LEVY
Traductora Pública
idioma Inglés
Mat. T° XX - F° 474 Cap. Fed.
Inscrip. C.T.P.C.B.A. N° 8090

4

IF-2021-122527570-APN-DAJI#MRE

Página 9 de 12



# COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES

República Argentina
Ley 20305

## LEGALIZACIÓN

Por la presente, el COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES, en virtud de la facultad que le confiere el artículo 10 inc. d) de la ley 20305, certifica únicamente que la firma y el sello que aparecen en la traducción adjunta concuerdan con los correspondientes al/a la Traductor/a Público/a LEVY, SANDRA FLORA que obran en los registros de esta institución, en el folio 474 del Tomo 20 en el idioma INGLÉS

Legalización número: **69412**

Buenos Aires, 05/11/2021

SERGIO A. IERVASI
Jefe de Legalizaciones
Colegio de Traductores Públicos
de la Ciudad de Buenos Aires

ESTA LEGALIZACIÓN NO SE CONSIDERARÁ VÁLIDA SIN EL CORRESPONDIENTE TIMBRADO DE CONTROL EN LA ÚLTIMA HOJA DE LA TRADUCCIÓN ADJUNTA

Control interno: 50962069412

Avda. Corrientes 1834 – C1045AAN – Ciudad Autónoma de Buenos Aires – Tel.: 4373-7173 y líneas rotativas

IF-2021-122527570-APN-DAJI#MRE

Página 11 de 12

T 0293291

By virtue of the authority vested in the COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Buenos Aires Sworn Translators Association) by Argentine law No. 20 305 section 10(d), I hereby CERTIFY that the seal and signature affixed on the attached translation are consistent with the seal and signature on file in our records.

The Colegio de Traductores Públicos de la Ciudad de Buenos Aires only certifies that the signature and seal on the translation are genuine; it will not attest to the contents of the document.

THIS CERTIFICATION WILL BE VALID ONLY IF IT BEARS THE PERTINENT CHECK STAMP ON THE LAST PAGE OF THE ATTACHED TRANSLATION.

Vu par le COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Ordre des Traducteurs Officiels de la ville de Buenos Aires), en vertu des attributions qui lui ont été accordées par l'article 10, alinéa d) de la Loi n° 20.305, pour la seule légalisation matérielle de la signature et du sceau du Traductor Público (Traducteur Officiel) apposés sur la traduction du document ci-joint, qui sont conformes à ceux déposés aux archives de cette Institution.

LE TIMBRE APPOSÉ SUR LA DERNIÈRE PAGE DE LA TRADUCTION FERA PREUVE DE LA VALIDITÉ DE LA LÉGALISATION.

Il COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Ordine dei Traduttori abilitati della Città di Buenos Aires) CERTIFICA ai sensi dell'articolo 10, lettera d) della legge 20.305 che la firma e il timbro apposti sulla qui unita traduzione sono conformi alla firma e al timbro del Traduttore abilitato depositati presso questo Ente. Non certifica il contenuto della traduzione sulla quale la certificazione è apposta.

LA VALIDITÁ DELLA PRESENTE CERTIFICAZIONE È SUBORDINATA ALL'APPOSIZIONE DEL TIMBRO DI CONTROLLO DEL CTPCBA SULL'ULTIMA PAGINA DELL'ALLEGATA TRADUZIONE.

Por meio desta legalização, o COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Colégio dos Tradutores Públicos da Cidade de Buenos Aires), no uso de suas atribuições e em conformidade com o artigo 10, alínea "d", da Lei 20.305, somente reconhece a assinatura e o carimbo do Tradutor Público que subscreve a tradução em anexo por semelhança com a assinatura e o carimbo arquivados nos registros desta instituição.

A PRESENTE LEGALIZAÇÃO SÓ TERÁ VALIDADE COM A CORRESPONDENTE CHANCELA MECÂNICA APOSTA NA ÚLTIMA FOLHA DA TRADUÇÃO.

COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Kammer der vereidigten Übersetzer der Stadt Buenos Aires). Kraft der Befugnisse, die ihr nach Art. 10 Abs. d) von Gesetz 20.305 zustehen, bescheinigt die Kammer hiermit lediglich die Übereinstimmung der Unterschrift und des Siegelabdruckes auf der beigefügten Übersetzung mit der entsprechenden Unterschrift und dem Siegelabdruck des vereidigten Übersetzers (Traductor Público) in unseren Registern.

DIE VORLIEGENDE ÜBERSETZUNG IST OHNE DEN ENTSPRECHENDEN GEBÜHRENSTEMPEL AUF DEM LETZTEN BLATT DER BEIGEFÜGTEN ÜBERSETZUNG NICHT GÜLTIG.

IF-2021-122527570-APN-DAJI#MRE




Poder Judicial de la Nación

## JUZGADO CIVIL 77

13593/2020

CARICATO, ALEJANDRA ESTER c/ LAPENTA, JORGE OSCAR s/LIQUIDACION DE REGIMEN DE COMUNIDAD DE BIENES

### OFICIO JUDICIAL



Buenos Aires, 13 de agosto de 2021

Al Sr. Ministro de Relaciones Exteriores,
Comercio Internacional y Culto
Canciller Felipe Carlos Solá
S_____/_____D

CAYO 1855/2021
OFI 830/2021

    Tengo el agrado de dirigirme a Usted con relación a los autos caratulados **"CARICATO, Alejandra Ester c/ LAPENTA, Jorge Oscar s/ liquidación de régimen de comunidad de bienes (Expediente número 13593/2020)**, que tramitan por ante el Juzgado Nacional de Primera Instancia en lo Civil Nro. 77 a cargo de la Dra. Vilma Nora Días, Secretaría única interinamente a mi cargo, sito en la calle Lavalle 1212, 4to. Piso, de la Ciudad Autónoma de Buenos Aires, República Argentina, a fin de solicitarle tenga a bien por donde corresponda, remitir por vía de exhorto la Carta Rogatoria que se adjunta al Juez de igual grado y materia en el Estado de Florida, Estados Unidos de América, la cual tiene por objeto la producción de la prueba informativa en la que se requiere que el **Banco Itaú Private Bank International**, con domicilio en 200 South Biscayne Boulevard, Piso 22, sucursal Miami, Florida, Estados Unidos, remita detalles de las transferencias realizadas desde la cuenta ███████████-840 entre los meses de abril del 2019 hasta su cierre, a los destinatarios para la adquisición de los inmuebles de



República Argentina - Poder Ejecutivo Nacional
2021 - Año de Homenaje al Premio Nobel de Medicina Dr. César Milstein

**Hoja Adicional de Firmas**
**Informe gráfico**

**Número:** IF-2021-122527570-APN-DAJI#MRE

CIUDAD DE BUENOS AIRES
Viernes 17 de Diciembre de 2021

**Referencia:** CARICATO ALEJANDRA ESTER C/ LAPENTA JORGE OSCAR S/LIQUIDACION DE REGIMEN DE COMUNIDAD DE BIENES (EXPEDIENTE N° 13593/2020) | 1855-2021

El documento fue importado por el sistema GEDO con un total de 12 pagina/s.

Digitally signed by Gestion Documental Electronica
Date: 2021.12.17 10:03:14 -03:00

Daniela Alejandra Rodriguez Martinez
Auxiliar administrativo
Dirección de Asistencia Jurídica Internacional
Ministerio de Relaciones Exteriores, Comercio Internacional y Culto

Digitally signed by Gestion Documental Electronica
Date: 2021.12.17 10:03:15 -03:00